**United States Bankruptcy Court**
**Central District Of California**

255 East Temple Street, Los Angeles, CA 90012

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING [11 U.S.C. § 349]

**DEBTOR INFORMATION:**
Richard Curry

**BANKRUPTCY NO.** 2:09–bk–40822–VZ

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–7086
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 1/20/10

**Address:**
3314 Seminole Ave
Lynwood, CA 90262

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1)  debtor's bankruptcy case is dismissed;
(2)  the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362; and
(3)  pursuant to Bankruptcy Code Section 349, debtor is prohibited from filing any new bankruptcy petition unless:
   (a)  debtor files a motion to request permission to file a new bankruptcy case ("Motion"), and the Motion is supported by admissible evidence; and
   (b)  the court grants the Motion.

Dated: January 20, 2010

BY THE COURT,
**Jon D. Ceretto**
Clerk of Court

(Form od13c VAN–152) Rev. 03/09

**16 / SP3**